```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 14717
   CAROLYN DENISE BROWN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4754

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/09/2008 and was confirmed 09/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   70.00%.

     The case was dismissed after confirmation 12/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED               774.41          28.54          99.65
CITI RESIDENTIAL LENDING  CURRENT MORTG           .00             .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE        2859.58            .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC       22709.00         231.58        3978.33
WELLS FARGO AUTO FINANCE  UNSECURED             863.05            .00            .00
ALLIED INTERSTATE         UNSECURED          NOT FILED            .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED             667.37            .00            .00
AMERICAS FINANCIAL        NOTICE ONLY        NOT FILED            .00            .00
BROTHER LOAN & FINANCE    NOTICE ONLY        NOT FILED            .00            .00
BROTHER LOAN & FINANCE    NOTICE ONLY        NOT FILED            .00            .00
BROTHER LOAN & FINANCE    NOTICE ONLY        NOT FILED            .00            .00
CAPITAL ONE               UNSECURED          NOT FILED            .00            .00
CAPITAL ONE               UNSECURED             975.96            .00            .00
CHICAGO OBSTETRICS        UNSECURED          NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED             102.64            .00            .00
CORPORATE AMERICA FAMILY  UNSECURED            1504.92            .00            .00
PREMIER BANCARD CHARTER   UNSECURED             533.11            .00            .00
FIRST PREMIER BANK        UNSECURED          NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED             543.62            .00            .00
HSBC                      NOTICE ONLY        NOT FILED            .00            .00
ILLINOIS LENDING CORP     UNSECURED            2408.84            .00            .00
ILLINOIS LENDING CORP     NOTICE ONLY        NOT FILED            .00            .00
ILLINOIS LENDING CORP     NOTICE ONLY        NOT FILED            .00            .00
NATIONWIDE CASH           UNSECURED          NOT FILED            .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED          NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            1182.32            .00            .00
ISAC                      UNSECURED           26875.08            .00            .00
SIR FINANCE               UNSECURED            1655.00            .00            .00
SIR FINANCE               NOTICE ONLY        NOT FILED            .00            .00
SIR FINANCE               NOTICE ONLY        NOT FILED            .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY         3,500.00                         614.55
TOM VAUGHN                TRUSTEE                                              407.35

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14717 CAROLYN DENISE BROWN
```

```
DEBTOR REFUND          REFUND                                       1,072.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,432.00

PRIORITY                                              .00
SECURED                                          4,077.98
    INTEREST                                       260.12
UNSECURED                                             .00
ADMINISTRATIVE                                     614.55
TRUSTEE COMPENSATION                               407.35
DEBTOR REFUND                                    1,072.00
                        ---------------     ---------------
TOTALS                   6,432.00                6,432.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 08 B 14717 CAROLYN DENISE BROWN